34

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

AUG 2 4 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAVID GUEVARA, ET AL, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-94-279 |
| | § | |
| CAMERON COUNTY, TEXAS, ET AL, | § | |
| | § | |
| Defendant(s). | § | |

## ORDER

1.   Order Of Dismissal signed July 31, 1997 (Dkt. No. 29) is **SET ASIDE**.

2.   Magistrate Judge's Report and Recommendation regarding Plaintiff David Guevara
     dated February 27, 1997 (Dkt. No. 24) is **ADOPTED**.  Therefore, Defendant Juan
     Castillo's Plea of Qualified Immunity (Dkt. No. 12) is **DENIED** and Defendant
     Cameron County's Motion for Summary Judgement (Dkt. No. 33) is **GRANTED**.

3.   Defendant Juan Castillo's Motion to Dismiss Without Prejudice for Lack of
     Prosecution (Dkt. No. 30) is **GRANTED**.

     Done at Brownsville, Texas, this 24th day of August 1998.

                                                    Hilda G. Tagle
                                                    United States District Judge

ClibPDF - www.fastio.com